1 The People of the State of Colorado, Plaintiff-Appellee, v. Preston Markell Bailey, Defendant-Appellant. No. 20CA0358
Court of Appeals of Colorado, First Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court No. 18CR663 Honorable Larry E.
 Schwartz, Judge, Honorable Robert L. Lowrey, Judge
 
 
 
 OPINION
 
 
 DAILEY
 JUDGE
 
 
 JUDGMENT
 REVERSE AND CASE REMANDED WITH DIRECTIONS
 
 
 Dunn
 and Kuhn, JJ., concur